USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/28/20 _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
RUANE, CUNNIFF & GOLDFARB INC., :
:
                Plaintiffs, :
:
     -against- :
:
PERCY PAYNE, *et al.*, :
: Case No.: 1:19-cv-11297 (ALC)
                Defendants, :
:
     -and- :
:
DST SYSTEMS, INC., MICHAEL L. FERGUSON, :
MYRL C. JEFFCOAT, DEBORAH A. SMITH, :
ROBERT CANFIELD, BONNIE KARTZ, :
LATRECIA ONUNKWOR, DIANA WEAVER, :
DAVID OSTERMEYER, EUGENE SCALIA, :
United States Secretary of Labor, MARK MENDON,:
and JILL PEHLMAN, :
:
                Nominal Defendants. :
:
:
---------------------------------------------------------------x

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(2)

Pursuant to Plaintiff Ruane, Cunniff & Goldfarb Inc.'s ("RCG") Motion for Dismissal With Prejudice (the "Motion"), filed in the above-captioned action on July 10, 2020:

**IT IS ORDERED** that the Motion is **GRANTED**. All claims filed by RCG against Defendants and Nominal Defendants in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

The Clerk of Court is directed to close this action.

**SO ORDERED**

Dated:  September 28, 2020
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

2