USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/28/20

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
RUANE, CUNNIFF & GOLDFARB INC.,

                Plaintiffs,

     -against-

PERCY PAYNE, *et al.*,

                Defendants,

     -and-

DST SYSTEMS, INC., MICHAEL L. FERGUSON,
MYRL C. JEFFCOAT, DEBORAH A. SMITH,
ROBERT CANFIELD, BONNIE KARTZ,
LATRECIA ONUNKWOR, DIANA WEAVER,
DAVID OSTERMEYER, EUGENE SCALIA,
United States Secretary of Labor, MARK MENDON,
and JILL PEHLMAN,

                Nominal Defendants.

-----------------------------------------------------------------x

Case No.: 1:19-cv-11297 (ALC)

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(2)**

Pursuant to Plaintiff Ruane, Cunniff & Goldfarb Inc.'s ("RCG") Motion for Dismissal With Prejudice (the "Motion"), filed in the above-captioned action on July 10, 2020, and for good cause appearing;

**IT IS ORDERED** that the Motion is **GRANTED**. All claims filed by RCG against Defendants and Nominal Defendants in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

The Clerk of Court is directed to close this action.

**SO ORDERED**

Dated:   September 28, 2020
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge